# THE HARMAN FIRM, LLP
Attorneys & Counselors At Law
www.theharmanfirm.com

Walker G. Harman, Jr.
381 Park Avenue South, Suite 1220
New York, New York 10016
T: 212.425.2600 F: 212.202.3926
E: wharman@theharmanfirm.com

October 17, 2018

**VIA ECF**

Hon. Lewis A. Kaplan
U.S. District Court for Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Harvey Berse v. Diamond Dealers Club, Inc.*, 17 CV 9762

Dear Judge Kaplan:

We represent Plaintiff Harvey Berse in the above-referenced action against Diamond Dealers Club, Inc. We write to report that the parties have reached an agreement in principle in dismiss the case. The parties are in the process of preparing a draft agreement and respectfully request 30 days to file the anticipated stipulation of dismissal.

Thank you for Your Honor's time and attention to this matter.

Respectfully submitted,

Walker G. Harman, Jr.

cc: All Counsel of Record (via ECF)